# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LAWSON, : | |
|    Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 23-CV-4392 |
| : | |
| PORTFOLIO RECOVERY : | |
| ASSOCIATES, LLC, : | |
|    Defendant. : | |

## ORDER

AND NOW, this 4th day of December, 2023, upon consideration of Plaintiff Thomas Lawson's Amended Complaint (ECF No. 6) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**